Frederick **PENNINGTON,**
**Jr., Appellant,**

v.

**Wendy KELLY, Deputy Director, ADC; Ray Hobbs, Deputy Director, ADC; Grant Harris, Warden, Varner Unit, ADC; Kim Luckett, Assistant Warden, Varner Super Max, ADC; Correctional Medical Services; Ivey, Lt., Diagnostic Unit, ADC; Burton, Sgt., Diagnostic Unit, ADC; Bratt, Sgt., Diagnostic Unit, ADC, Southwest Regional Medical Center; John Does, 1–8, Employees, Southwest Hospital; Otis T. Gordon, Dr., Jefferson Regional Medical Unit; Joe Cobbs, Assistant Practioner Nurse, Jefferson Regional Medical Center, Appellees.**

No. 06–4008.

United States Court of Appeals,
Eighth Circuit.

Submitted: Feb. 19, 2008.

Filed: March 10, 2008.

Frederick Pennington, Jr., Grady, AR, pro se.

Michelle Banks Odum, Humphries & Lewis, White Hall, AR, for Appellees.

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Arkansas inmate Frederick Pennington, Jr., appeals the district court's [1] orders revoking his in forma pauperis (IFP) status under 28 U.S.C. § 1915(g) and dismissing his 42 U.S.C. § 1983 lawsuit when he failed to pay the full filing fee. We rescind the grant of IFP status on appeal, and dismiss the appeal because Pennington is three-strikes barred and the record does not show that he was in imminent danger of serious physical injury at the time this appeal was filed. *See* 28 U.S.C. § 1915(g) (in no event shall prisoner bring appeal if he has, on three or more prior occasions while imprisoned, brought action or appeal that was dismissed on grounds that it was frivolous, malicious, or failed to state claim, unless inmate is under imminent danger of serious physical injury); *Martin v. Shelton,* 319 F.3d 1048, 1050 (8th Cir.2003) (requisite imminent danger must exist at time appeal is filed). We also deny all pending motions.

---

1. The Honorable H. David Young, United States Magistrate for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).